JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEROD HARRISON,<br><br>    Petitioner,<br><br>v.<br><br>ROB ST. ANDRE,<br><br>    Respondent. | Case No. No. 2:24-cv-05297-SPG (JDE)<br><br>**JUDGMENT** |

The Court has issued its Order Accepting Findings and Recommendations of United States Magistrate Judge and Denying Petitioner's Motions ("Order"), which approved and adopted the Report and Recommendation (ECF No. 18). The Court hereby enters judgment denying the Petition and dismissing this action with prejudice.

**IT IS SO ORDERED.**

DATED: July 14, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

-1-